```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34603019660
Cashier ID: lbreeden
Transaction Date: 01/11/2013
Payer Name: DALE W PITTMAN PC
-----------------------------------
CIVIL FILING FEE
 For: DALE W PITTMAN PC
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 2511
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CASE #3:13-CV-029
```