IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 13-029, Case Name Henderson, et al. v. Backgroundchecks.com
Party Represented by Applicant: Tyrone Henderson

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) James Arthur Francis
Bar Identification Number 77474        State Pennsylvania
Firm Name Francis & Mailman, P.C.
Firm Phone # 215-735-8600        Direct Dial #           FAX # 215-940-8000
E-Mail Address jfrancis@consumerlawfirm.com
Office Mailing Address Land Title Bldg, 19th Floor, 100 South Broad Street, Philadelphia, PA 19110

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Leonard A. Bennett
(Typed or Printed Name)

3-27-13
(Date)
37523
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____            _____
(Judge's Signature)                                    (Date)

## ADMISSIONS

U.S. District Court for the Eastern District of Pennsylvania     (March 4, 1997)

U.S. District Court for the Middle District of Pennsylvania     (February 2009)

U.S. District Court for the District of New Jersey   (December 2, 1996)

U.S. Court of Appeals for the Third Circuit   (February 14, 2002)

U.S. Court of Appeals for the Ninth Circuit   (January 28, 2012)

U.S. District Court for the District of Oklahoma     (December 2, 2010)

U.S. District Court for the Eastern District of Michigan    (October 26, 2011)

U.S. District Court for the District of Colorado    (February 25, 2013)