IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, SR.,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM,
(in its own name and t/a
ebackgroundchecks.com),

    Defendant.

**ORDER**

To accommodate the Court's docket, it is hereby ORDERED that the Initial Pretrial Conference scheduled for 10:45 a.m. April 17, 2013 is rescheduled to 10:00 a.m. April 17, 2013.

    It is so ORDERED.

                                              /s/       /REP/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: April 15, 2013