IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, SR.,
et al.,

    Plaintiffs,

v.                      Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM,
(in its own name and t/a
Ebackgroundchecks.com),

    Defendant.

**ORDER**

Having reviewed the file herein and finding that, pursuant to Fed. R. Civ. P. 15(a)(1)(B), the plaintiffs filed their FIRST AMENDED CLASS COMPLAINT on April 8, 2013 (Docket No. 24), it is hereby ORDERED that the DEFENDANT'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, DISMISS CLAIMS OF PLAINTIFF TYRONE B. HENDERSON (Docket No. 14) is denied as moot.

    It is so ORDERED.

                                    /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 15, 2013