IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, SR.,
et al.,

    Plaintiffs,

v.

Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM,
(in its own name and t/a
ebackgroundchecks.com),

    Defendant.

## ORDER

It is hereby ORDERED that the Order entered April 15, 2013 (Docket No. 26) is VACATED because the Order was entered in error.

It is so ORDERED.

                                    /s/   REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: April 16, 2013