UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRONE B. HENDERSON, SR. )<br>KELVIN THOMAS, RONALD JOHNSON )<br>and PAMELA EDWARDS, )<br>*on behalf of themselves and* )<br>*all others similarly situated*, )<br>)<br>                  Plaintiffs, )<br>)<br>v. )<br>)<br>BACKGROUNDCHECKS.COM, )<br>Trading as ebackgroundchecks.com )<br>)<br>                  Defendants. )<br>) | Case No. 3:13-cv-00029-REP |

### **PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosures to Defendant. These initial disclosures are based on information reasonably available to Plaintiffs at this time. Plaintiffs reserve the right to supplement these disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

In making these supplemental disclosures, Plaintiffs do not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiffs also do not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

II.     Copies of Documents in Possession of Plaintiffs

Other than those documents obtained from any Defendant in discovery, the Plaintiffs have the following supplemental documents in their possession and control:

Plaintiff's Bate Stamp Nos. 000565 – 000748 – *Plaintiffs' counsel will forward Plaintiffs' Bate Stamped Exhibits under separate cover to Defendant's counsel.*

| Document Type | Bate Stamp # |
|---|---|
| Federal Cases and Decisions against backgroundchecks.com | 000565 - 000748 |

Respectfully submitted,

BY:     /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 - Facsimile
Email: srotkis@clalegal.com

Matthew James Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
(Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
(703) 273-6080 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

Dale W. Pittman
**THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000 - Telephone
Fax: (804) 861-3368 - Fax
dale@pittmanlawoffice.com

Christopher Colt North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Telephone: (757) 873-1010
Fax: (757) 873-8375
cnorthlaw@aol.com

Anthony R. Pecora (*pro hac vice*)
Stumphauzer, O'Toole, McLaughlin,
McGlamery & Loughman
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4017
E-mail: apecora@sheffieldlaw.com

Matthew A. Dooley (*pro hac vice*)
Stumphauzer, O'Toole, McLaughlin,
McGlamery & Loughman
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4017
E-mail: mdooley@sheffieldlaw.com

James Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
19th Floor
100 S. Broad St.
Philadelphia, PA 19110
Telephone: (215) 735.8600
Fax: (215) 940-8000
email: jfrancis@consumerlawfirm.com

        Keith James Keogh (*pro hac vice*)
        Keogh Law LTD
        55 W Monroe Street
        Suite 3390
        Chicago, IL 60603
        Telephone: (312) 374-3403
        Fax: (312) 726-1093
        E-mail: keigh@keoghlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email: megan.benary@leclairryan.com

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Email: charles.seyfarth@leclairryan.com

Cindy Dawn Hanson
Kilpatrick Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309
Email: chanson@kilpatrickstockton.com

John Phillip Jett
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
Email: jjett@ktslaw.com

Ross Dallas Andre
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: randre@ktslaw.com

            _____/s/_____
            Leonard A. Bennett, Esq.
            VSB #37523
            Attorney for Plaintiff
            CONSUMER LITIGATION ASSOCIATES, P.C.
            763 J. Clyde Morris Boulevard, Suite 1-A
            Newport News, Virginia 23601
            (757) 930-3660 - Telephone
            (757) 930-3662 – Facsimile
            E-mail: lenbennett@clalegal.com