UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR.,
KELVIN THOMAS,
RONALD JOHNSON,
and
PAMELA EDWARDS.
on behalf of themselves and others
similarly situated,

      Plaintiffs,

v.                                                      Civil Action No: 3:13cv00029-REP

BACKGROUNDCHECKS.COM
(in its own name and trading as ebackgroundchecks.com)

      Defendant.

## JOINT STATUS REPORT

Pursuant to the pretrial conference of May 22, 2013, the parties agreed to report to the court (1) whether the parties would agree to private mediation; and (2) propose a range of dates for a hearing on the issue of class certification.

The parties have agreed to private mediation to take place prior to December 31, 2013. The parties will advise the Court of the name of the mediator by July 31, 2013. If the case is not resolved by compromise, the parties propose that the issue of class certification be set for a hearing on April 24, 2014. If the case is resolved by compromise, the parties propose that the class certification hearing be converted to a hearing for preliminary approval.

                                    Respectfully Submitted,

                                    TYRONE B. HENDERSON, Sr., KELVIN THOMAS,

RONALD JOHNSON and PAMELA EDWARDS
For themselves and on behalf of all similarly situated individuals.


_____/s/_____
Susan M. Rotkis, VSB #40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
srotkis@clalegal.com

*Counsel for Plaintiffs*


BACKGROUNDCHECKS.COM


_____/s/_____
Charles K. Seyfarth (VSB No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, VA 23219
Telelphone: (804) 916-7159
Facsimile: (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (VSB No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5983
Megan.Benary@leclairryan.com

Cindy D. Hanson (admitted *pro hac vice*)
John P. Jett (admitted *pro hac vice*)
Ross D. Andre (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

2

chanson@kilpatricktownsend.com
jjett@kilpatricktownsend.com
randre@kilpatricktownsend.com

*Counsel for Defendant Backgroundchecks.com*

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
703-647-5933
Fax: 703-647-5983
Email: megan.benary@leclairryan.com

Cindy Dawn Hanson
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309 (404) 815-6500
Email: chanson@ktslaw.com

John Phillip Jett
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: jjett@ktslaw.com

Ross Dallas Andre
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: randre@ktslaw.com

                    /s/
Susan M. Rotkis, VSB #40693
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

4