UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRONE B. HENDERSON, SR. )<br>KELVIN THOMAS, RONALD JOHNSON )<br>and PAMELA EDWARDS, )<br>*on behalf of themselves and* )<br>*all others similarly situated*, )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>BACKGROUNDCHECKS.COM, )<br>Trading as ebackgroundchecks.com )<br> )<br> Defendants. )<br> ) | Case No. 3:13-cv-00029-REP |

### PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

COMES NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosures to Defendant. These initial disclosures are based on information reasonably available to Plaintiffs at this time. Plaintiffs reserve the right to supplement these disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

In making these supplemental disclosures, Plaintiffs do not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiffs also do not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

**I.    Individuals Likely to Have Discoverable Information**

k.    Shirley Johnson
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone

*Ronald Johnson's spouse has personal knowledge concerning her husband's attempts to obtain employment, the wages that he lost as a result of her husband being unable to obtain employment due to the inaccurate and incomplete information in his consumer report. Mrs. Johnson witnessed first hand the frustration, anguish and embarrassment her husband experienced as he attempted to resolve the inaccurate and incomplete information contained in his consumer report and his attempt to obtain employment in the face of those inaccuracies.*

l.    Robert Johnson
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*Mr. Johnson's brother has personal knowledge concerning his brother, Ronald Johnson's attempts to obtain employment, the wages that Ronald lost as a result being unable to obtain employment because of the inaccurate information in his consumer report. Robert Johnson loaned his brother, Ronald money on several occasions to pay bills that he could not pay because he was unemployed. Robert has witnessed first hand the frustration, anguish and embarrassment his brother, Ronald experienced as he attempted to resolve the inaccurate and incomplete information contained in his consumer report and his attempts to obtain employment in the face of those inaccuracies.*

m.    Richard Groover
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*As Mr. Johnson's pastor, Mr. Groover has personal knowledge concerning Mr. Johnson's attempts to obtain employment, the wages that Mr. Johnson lost as a result of being unable to obtain employment due to the inaccurate and incomplete information contained in Mr. Johnson's consumer reports. Mr. Groover has witnessed first hand the frustration, anguish and embarrassment Mr. Johnson has experienced as he attempted to resolve the inaccuracies in his consumer report and his attempts to obtain employment in the face of those inaccuracies.*

n. Kierstan Groover
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*Mrs. Groover has personal knowledge concerning Mr. Johnson's attempts to obtain employment, the wages that Mr. Johnson lost as a result of being unable to obtain employment due to the inaccurate and incomplete information contained in Mr. Johnson's consumer reports. Mrs. Groover has witnessed first hand the frustration, anguish and embarrassment Mr. Johnson has experienced as he attempted to resolve the inaccuracies in his consumer report and his attempts to obtain employment in the face of those inaccuracies.*

o. Shane Thomas
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*Kelvin Thomas' spouse has personal knowledge concerning her husband's attempts to obtain employment, the wages he lost as a result of being unable to obtain employment due to the inaccurate and incomplete information in his consumer report. Mrs. Thomas witnessed first hand the frustration, anguish and embarrassment her husband experienced as he attempted to resolve the inaccurate and incomplete information contained in his consumer report and his attempts to obtain employment in the face of those inaccuracies.*

p. Roderick Edwards
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*As a friend of Mr. Thomas, Mr. Edwards has personal knowledge of Mr. Thomas' attempts to obtain employment, the wages that Mr. Thomas lost as a result of being unable to obtain employment due to the inaccurate an incomplete information contained in his consumer report. Mr. Edwards also has witnessed first hand the frustration, anguish and embarrassment Mr. Thomas has experienced as he attempted to resolve the inaccuracies in his consumer reports and his attempts to obtain employment with various cable companies in the face of those inaccuracies.*

    q.    Joseph Wright
c/o CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone

*As a friend of Mr. Thomas, Mr. Wright has personal knowledge of Mr. Thomas' attempts to obtain employment, the wages that Mr. Thomas lost as a result of being unable to obtain employment due to the inaccurate an incomplete information contained in his consumer report. Mr. Edwards also has witnessed first hand the frustration, anguish and embarrassment Mr. Thomas has experienced as he attempted to resolve the inaccuracies in his consumer reports and his attempts to obtain employment with various cable companies in the face of those inaccuracies.*

    r.    Jerry Thomas
Enviroclean USA, LLC.
560 Dutch Valley Road NE #2213
Atlanta, GA 30324-5394

*Mr. Thomas has personal knowledge his decision not to hire Pamela Edwards as a result of the information he received as a result of her background report prepared by the Defendant.*

    s.    Justin Roberts (employee of backgroundchecks.com)

*Mr. Roberts provided Ms. Edwards backgroundchecks.com report electronically to Ms. Edwards on or about January 24, 2013.*

II.    Copies of Additional Documents in Possession of Plaintiffs

Other than those documents obtained from any Defendant in discovery, the Plaintiffs have the following supplemental documents in their possession and control:

Plaintiff's Bate Stamp Nos. 000749 – 000941 – *Plaintiffs' counsel will forward Plaintiffs' Bate Stamped Exhibits under separate cover to Defendant's counsel.*

| Document Type | Bate Stamp # |
|---|---|
| Pamela Edwards – Documents regarding communications with Enviroclean, USA | 000749 – 000758 |
| Pamela Edwards – Documents regarding communications with backgroundchecks.com | 000759 – 000762 |
| Pamela Edwards – November 29, 2011 letter from Florida Department of Law Enforcement – stating no criminal history record exists in the State of Florida | 000763 – 000765 |
| Supplemental Documents regarding Kelvin Thomas | 000766 – 000783 |
| Supplemental Documents regarding Ronald Johnson | 000784 – 000798 |
| Information obtained from www.backgroundsonline.com website | 000799 – 000941 |

4

        Respectfully submitted,

BY:  /s/
    Leonard A. Bennett, Esq.
    VSB #37523
    Attorney for Plaintiff
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    (757) 930-3660 - Telephone
    (757) 930-3662 – Facsimile
    E-mail: lenbennett@clalegal.com

    Susan Mary Rotkis
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J Clyde Morris Boulevard
    Suite 1A
    Newport News, VA 23601
    (757) 930-3660 - Telephone
    (757) 930-3662  - Facsimile
    Email: srotkis@clalegal.com

    Matthew James Erausquin
    CONSUMER LITIGATION ASSOCIATES, P.C.
    (Alex)
    1800 Diagonal Rd
    Suite 600
    Alexandria, VA 22314
    (703) 273-6080 - Telephone
    (888) 892-3512 - Facsimile
    Email: matt@clalegal.com

    Dale W. Pittman
    **THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
    The Eliza Spotswood House
    112-A West Tabb Street
    Petersburg, VA 23803
    Telephone: (804) 861-6000 - Telephone
    Fax: (804) 861-3368 - Fax
    dale@pittmanlawoffice.com

Christopher Colt North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Telephone: (757) 873-1010
Fax: (757) 873-8375
cnorthlaw@aol.com

Anthony R. Pecora (*pro hac vice*)
Stumphauzer, O'Toole, McLaughlin,
McGlamery & Loughman
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4017
E-mail: apecora@sheffieldlaw.com

Matthew A. Dooley (*pro hac vice*)
Stumphauzer, O'Toole, McLaughlin,
McGlamery & Loughman
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4017
E-mail: mdooley@sheffieldlaw.com

James Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
19th Floor
100 S. Broad St.
Philadelphia, PA 19110
Telephone: (215) 735.8600
Fax: (215) 940-8000
email: jfrancis@consumerlawfirm.com

Keith James Keogh (*pro hac vice)*
Keogh Law LTD
55 W Monroe Street
Suite 3390
Chicago, IL 60603
Telephone: (312) 374-3403
Fax: (312) 726-1093
E-mail: keigh@keoghlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of August, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email: megan.benary@leclairryan.com

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Email: charles.seyfarth@leclairryan.com

Cindy Dawn Hanson
Kilpatrick Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309
Email: chanson@kilpatrickstockton.com

John Phillip Jett
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
Email: jjett@ktslaw.com

Ross Dallas Andre
Kilpatrick Townsend & Stockton LLP (GA-NA)
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: randre@ktslaw.com

                                                    _____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com