IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM
(in its own name and t/a
ebackgroundchecks.com),

    Defendant.

**ORDER**

Having reviewed the STATUS REPORT (Docket No. 61) filed herein on March 31, 2014, it is hereby ORDERED that:

(1) the stay in this action issued in the Court's Order dated December 31, 2013 (Docket No. 60) is extended to May 2, 2014 in order to permit the parties to reconvene the formal mediation proceeding on April 29, 2014; and

(2) if the parties are unable to settle this action, the parties shall submit to the Court on May 2, 2014, a proposed Scheduling Order for Phase I discovery that establishes (1) new deadlines regarding expert disclosures; (2) a new discovery cut-off; and (3) a revised briefing schedule for any motions regarding classd certification and/or motions for summary judgment.

    It is so ORDERED.

                                            /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: April 2, 2014