IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KELVIN THOMAS, on behalf
of himself and all others
similarly situated,

    Plaintiff,

v.                                  Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM
(in its own name and t/a
ebackgroundchecks.com),

    Defendant.

### ORDER

It is hereby ORDERED that the hearing on PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CONDITIONALLY CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL FAIRNESS HEARING (Docket No. 78) is scheduled for 1:30 p.m. April 1, 2015.

It is so ORDERED.

                                              /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: March /6, 2015