UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KELVIN THOMAS,**
*on behalf of himself and others similarly situated*,

    **Plaintiff,**

v.      Civil Action No. 3:13-cv-029

**BACKGROUNDCHECKS.COM,**
(in its own name and trading as e-backgroundchecks.com)

    **Defendant.**

## MOTION TO APPROVE AMENDED CLASS NOTICES

The Plaintiff, Kelvin Thomas, on behalf of himself and others similarly situated, and with the consent of the Defendant, moves for approval of the amended Class Notices in this action.

## UPDATED BACKGROUND AND REVISIONS

The Court has preliminarily approved the class settlement. Dkt No. 85. The Parties were directed to simplify and revise the class notice and related documents and resubmit it to the Court.

One of the Court's items of concern in the class notice and settlement structure was the exclusive reliance on Internet communication for class members to exercise certain rights such as submission of a claim or requesting the copies of a consumer file disclosure, both important components of the consideration in the case. The revision of this distribution structure required the creation of a new secure method to receive requests for the class member disclosures, verify identities and send the personal files. The Parties have now created such a secure process.

While the notice simplification effort was in process, Defendant incurred greater difficulty than expected at generating a complete class list. The Parties' counsel have communicated back and force with regard to these difficulties, which as of today have been resolved.

The Parties have also simplified the claims process in accordance with the Court's advise and response. To recover a monetary claim, class members will need to attest that they were the subject of an incomplete or otherwise inaccurate background check. The first tier of claims, a Stated Claim, requires only this attestation. The second tier of claim at which a larger payment is to be made, a Substantiated Claim, requires the class member to provide information and detail regarding the inaccuracy and violative report.

The revised documents are attached as follows:
1. Revised Settlement Agreement.
2. Revised Mail Notice.
3. Revised Long Form Notice.
4. Revised Claim Form.
5. Revised Limited Claim Exclusion Form.

**REVISED PRELIMINARY APPROVAL ORDER AND NEW DATES**

Plaintiff submits a revised Proposed Preliminary Approval Order. The primary change from the original proposed Order is the revision of the opt out, objection and claim deadline dates to accommodate the later mailing of the class notices. As proposed in the revised proposed Order, the deadlines for exclusions and objections are now closer to the scheduled Final Fairness Hearing date, July 29, 2015. The result is that the Parties will now have a shorter window to incorporate the objections and opt-out data into the final papers, a burden they are of course willing and able to meet.

However, though the Parties and necessary third parties have required substantial time to get these documents revised and corrected, the result is a narrow window for revised approval by the Court if they are to provide approved notices to the Settlement Administrator in time for a June 1, 2015 mail date. The Parties recognize the burden this places on the Court and regret that they were unable to avoid it without a slight delay in the Fairness Hearing date. They ask the Court for an opportunity to be heard by telephone conference at the Court's first available date and time in the event further explanation or argument is necessary before approval.

        **Respectfully Submitted,**

        **KELVIN THOMAS**

BY:       /s/
        Susan M. Rotkis, Esq.
        VSB# 40693
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd, Suite 1A
        Newport News, VA 23601
        Telephone: (757) 930-3660
        Facsimile: (757) 930-3662
        Email: srotkis@clalegal.com

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

James A. Francis, Esq.
David A. Searles, Esq.
John Soumilas, Esq.
FRANCIS & MAILMAN PC
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

Christopher C. North, Esq.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Email: cnorthlaw@aol.com

Matthew A. Dooley
Anthony R. Pecora
O'Toole, McGlaughlin, Dooley & Pecora Co, LPA
5455 Detroit Rd.
Sheffield Village, OH 44054
Tel: 440-930-4017
Fax: 440-934-7208
Email: mdooley@omdplaw.com
Email: apecora@sheffieldlaw.com

Keith J. Keogh
Keogh Law LTD
55 W. Monroe Street, Ste. 3390
Chicago, IL 60603
Tel: 312-374-3403
Fax: 312-726-1093
Email: keith@keoghlaw.com

Sharon M. Dietrich
Community Legal Services, Inc.
1424 Chestnut St.
Philadelphia, PA 19102
(p) 215-981-3719
(f) 215-981-0434

4

Email: sdietrich@clsphila.org

*Counsel for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on 12th day of May 2015, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIR RYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

Cindy Dawn Hanson
Kilpatrick Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309
Email: chanson@kilpatrickstockton.com

John Phillip Jett
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
Email: jjett@ktslaw.com

Ross Dallas Andre
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: randre@ktslaw.com

                    _____/s/ _____
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  srotkis@clalegal.com