*Thomas v. Backgroundchecks.com*, Case No. 3:13cv029-REP (E.D. Va.)
**LIMITED CLAIM RESERVATION FORM**

**Thomas v. Backgroundchecks.com Settlement
c/o Settlement Administrator
P.O. Box 1607
Blue Bell, PA  19422**

**THIS IS NOT A CLAIM FORM.  IF YOU SUBMIT THIS FORM, YOU WILL <u>NOT</u> BE ELIGIBLE TO RECEIVE A PAYMENT FROM THE SETTLEMENT FUND.**

COMPLETE AND RETURN THIS FORM ONLY IF YOU INTEND TO FILE A SEPARATE LAWSUIT ON YOUR OWN TO PROVE THAT YOU HAVE SUFFERED ACTUAL DAMAGES BECAUSE OF AN ALLEGEDLY INACCURATE CRIMINAL BACKGROUND REPORT FROM E-BACKGROUNDCHECKS.COM, INC. ("BGC").  THE ATTORNEYS WHO REPRESENT THE CLASS WILL NOT REPRESENT YOU.  YOU MAY ONLY PURSUE SUCH A LAWSUIT ON AN INDIVIDUAL BASIS.

BY COMPLETING THIS FORM, you are excluding yourself from participating in the Settlement Fund, but you reserve the right to pursue an actual damages lawsuit pursuant to 15 U.S.C. § 1681e(b) or § 1681i(a).  Your lawsuit cannot include any claim for statutory, punitive, consequential, or any other type or category of damages aside from actual damages.  Your lawsuit may be pursued solely on an individual basis, and not on a mass, class, joint, or any other basis.  You may need to retain your own attorney, and you will be required to file a complaint in the appropriate court within the time provided by applicable statutes of limitations, and make the applicable evidentiary showing subject to the governing burdens of proof, before receiving any recovery with respect to your claim.  BGC has not agreed to pay you any money if you pursue this route, and will be able to assert any available defenses to your claims.  A judge or jury will decide whether you are in fact entitled to any actual damages.

By submitting this Limited Claim Reservation Form, you will not receive any monetary or cash payment in this Settlement.  However, you will maintain the right to obtain a free copy of your current or historical criminal background report using the process described in the Long-Form Notice, available at www.bgcthomassettlement.com, or by calling (855) 770-0005.

You must fill out ALL OF THE INFORMATION required below or your Limited Claim Reservation Form may be invalid!

**The deadline to submit this Limited Claim Reservation Form is July 16, 2015.**  If the Settlement Administrator does not receive your Limited Claim Reservation Form on or before that date, you will be bound by the Settlement Agreement and will be barred from bringing a separate action against BGC for inaccuracies in reports furnished between January 11, 2011 and August 31, 2014.

**Section I:  Your Personal Information**

*Please print all information legibly in the space provided.*

First Name                                M.I.                    Last Name

_____   _____   _____

Mailing Address _____

City _____ State _____ ZIP Code _____

<u>Last</u> Four Digits of Social Security No. (or complete Alien Registration No.) (required)

_____

E-mail Address _____

**Section II:  Signature**

By completing this form, I acknowledge that I have not also submitted a Claim Form to receive funds from the Settlement Fund. If I submit both this Limited Claim Reservation Form and a Claim Form, this Limited Claim Reservation Form will be rejected, the Claim Form will take priority, and I will have elected to participate in the Settlement.

Signature _____   Date _____

Printed Name _____