# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:13-cv-029, Case Name Kelvin Thomas v. Backgroundchecks.com
Party Represented by Applicant: Kelvin Thomas, on behalf of himself and others similarly situated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Sharon Marie Dietrich
Bar Identification Number 44464    State Pennsylvania
Firm Name Community Legal Services, Inc.
Firm Phone # 215-981-3700    Direct Dial # 215-981-3719    FAX # 215-981-0434
E-Mail Address sdietrich@clsphila.org
Office Mailing Address 1424 Chestnut St., Philadelphia, PA 19102

Name(s) of federal court(s) in which I have been admitted Eastern District of Pennsylvania

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant, that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court, that I have examined the applicant's personal statement; I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    5/11/15 (Date)
Leonard Bennett
(Typed or Printed Name)    37523 (VA Bar Number)

FILED MAY 13 2015 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Court Use Only:

Clerk's Fee Paid __/__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/ Robert E. Payne (Judge's Signature)    May 13, 2015 (Date)
Senior United States District Judge