UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KELVIN THOMAS,**
*on behalf of himself and others similarly situated*,

      **Plaintiff,**

v.                                                    Civil Action No. 3:13-cv-029

**BACKGROUNDCHECKS.COM,**
**(in its own name and trading as**
**e-backgroundchecks.com)**

      **Defendant.**

## NOTICE OF FILING OF PROPOSED ORDER

Please take notice that the Plaintiff, Kelvin Thomas, on behalf of himself and others similarly situated, together with consent of the Defendant, files herewith a Proposed Order Preliminarily Approving Settlement and Directing Class Notice that should have been filed as an exhibit to the consent Motion to Approve Amended Class Notices (Doc. 88).

                **Respectfully Submitted,**

                **KELVIN THOMAS**

      BY:           /s/
              Susan M. Rotkis, Esq.
              VSB# 40693
              CONSUMER LITIGATION ASSOCIATES, P.C.
              763 J. Clyde Morris Blvd, Suite 1A
              Newport News, VA  23601
              Telephone:  (757) 930-3660
              Facsimile:  (757) 930-3662
              Email:  srotkis@clalegal.com

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  lenbennett@clalegal.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone:  (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

James A. Francis, Esq.
David A. Searles, Esq.
John Soumilas, Esq.
FRANCIS & MAILMAN PC
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

Christopher C. North, Esq.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Email: cnorthlaw@aol.com

Matthew A. Dooley
Anthony R. Pecora
O'Toole, McGlaughlin, Dooley & Pecora Co, LPA
5455 Detroit Rd.
Sheffield Village, OH 44054
Tel: 440-930-4017
Fax: 440-934-7208
Email: mdooley@omdplaw.com
Email: apecora@sheffieldlaw.com

2

Keith J. Keogh
Keogh Law LTD
55 W. Monroe Street, Ste. 3390
Chicago, IL 60603
Tel: 312-374-3403
Fax: 312-726-1093
Email: keith@keoghlaw.com

Sharon M. Dietrich
Community Legal Services, Inc.
1424 Chestnut St.
Philadelphia, PA 19102
(p) 215-981-3719
(f) 215-981-0434
Email: sdietrich@clsphila.org

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on 14th day of May 2015, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIR RYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

Cindy Dawn Hanson
Kilpatrick Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309
Email: chanson@kilpatrickstockton.com

John Phillip Jett
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
Email: jjett@ktslaw.com

Ross Dallas Andre
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St
Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
Email: randre@ktslaw.com

_____/s/ _____
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com