IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KELVIN M. THOMAS,
for himself and on
behalf of all similarly
situated individuals,

    Plaintiff,

v.                      Civil Case No. 3:13-CV-29

BACKGROUNDCHECKS.COM
(in its own name and trading
As e-backgroundchecks.com),

    Defendant.

## ORDER

Having received a letter dated June 13, 2015 from Victoria M. McGlothlin and noting that the letter was sent directly to the Court, the Clerk is directed to file said letter in the above-named case's docket. The Court also notes that the letter is not an objection, but rather a request to speak at the Final Approval Hearing, and will be treated as such unless the Court is otherwise advised. If Ms. McGlothlin intends to present an objection, she must submit it in writing to the Court and send copies to counsel for the parties by July 15, 2015.

    It is so ORDERED.

                                    /s/    *REP*
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: July __1__, 2015