6-13-15

3:13 CV 29

This is my Notice of Intent to Appear in Thomas V. Backgroundcheck.com (BGC)

I am writing the court to ask for permission to speak at the Fairness hearing. I would like to express to the court how this unlawful act has affected my life, if the court will allow me too...

Thank you.

Victoria M. McGlothlin
(757) 470-8591
241 Greenbrier Ave.
Norfolk VA. 23505

Victoria McGlothlin

