UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 7310
Richmond, Virginia 23219-3528

ROBERT E. PAYNE  (804) 916-2260
Senior United States District Judge

July 1, 2015

Ms. Victoria M. McGlothlin
241 Greenbrier Avenue
Norfolk, Virginia 23505

    Re: Thomas v. Backgroundchecks.com
        Civil Action No. 3:13cv29

Dear Ms. McGlothlin:

    The Court is in receipt of your letter dated June 13, 2015 (received on June 18, 2015) requesting permission to speak at the hearing in the above-captioned case scheduled for 10:00 a.m. July 29, 2015. This is to advise that you are welcome to speak at the hearing. Please arrive thirty minutes before the commencement of the hearing to allow time to go through security before entering the courthouse.

                        Sincerely,

                        /s/
                        Robert E. Payne

/amh
cc: Counsel (via Notice of Electronic Filing)