IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KELVIN THOMAS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BACKGROUNDCHECKS.COM, (in its own name and trading as e-backgroundchecks.com),<br><br>Defendant. | Civil Action No.  3:13CV29 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPLICATION FOR SERVICE AWARD TO THE CLASS REPRESENTATIVE, AND APPLICATION FOR AWARD OF ATTORNEYS' FEES**

Plaintiff, Kelvin Thomas (hereinafter referred to as "Plaintiff" or "Class Representative") on behalf of himself and the Class, respectfully moves for final approval of the class settlement reached in this case and applies for a service award for his role in prosecuting this action. Class counsel also apply for an award of attorneys' fees and for the reimbursement of their out-of-pocket expenses incurred in furtherance of litigating this matter to the successful result now before this Court for final approval.

Respectfully submitted,

**KELVIN THOMAS**
*on behalf of himself and*
*all others similarly situated*,

By_____/s/_____

| | |
|---|---|
| Leonard A. Bennett, VSB 37523<br>Consumer Litigation Associates, P.C.<br>763 J. Clyde Morris Boulevard, Ste 1-A<br>Newport News, Virginia 23601 | Dale Wood Pittman<br>The Law Office of Dale W. Pittman, P.C.<br>112-A W Tabb St<br>Petersburg, VA 23803-3212 |

(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan M. Rotkis VSB 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080 - Telephone
1-888-892-3512 - Facsimile
Email: matt@clalegal.com

Casey Shannon Nash
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-7770 - Telephone
1-888-892-3512 - Facsimile
Email: casey@clalegal.com

Sharon M. Dietrich
Community Legal Services, Inc.
1424 Chestnut St.
Philadelphia, PA  19102
(p) 215-981-3719
(f)  215-981-0434
Email: sdietrich@clsphila.org

*Counsel for Plaintiff*

(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

James A. Francis
David A. Searles
John J. Soumilas
**FRANCIS & MAILMAN PC**
Land Title Building
100 S. Broad Street, 19th Floor
Philadelphia PA 19110

Christopher Colt North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751-A Thimble Shoals Boulevard
Newport News, VA 23606
cnorthlaw@aol.com
Phone: (757) 873-1010
Fax: (757) 873-8375

Matthew A. Dooley
Anthony R. Pecora
O'Toole, McGlaughlin, Dooley & Pecora Co, LPA
5455 Detroit Rd.
Sheffield Village, OH 44054
Tel: 440-930-4017
Fax: 440-934-7208
Email: mdooley@omdplaw.com
Email: apecora@sheffieldlaw.com

Keith J. Keogh
Keogh Law LTD
55 W. Monroe Street, Ste. 3390
Chicago, IL 60603
Tel: 312-374-3403
Fax: 312-726-1093
Email: keith@keoghlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of July 2015, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

| | |
|---|---|
| Charles K. Seyfarth, Esq.<br>LeClair Ryan PC<br>Riverfront Plaza - East Tower<br>951 E Byrd St<br>Richmond, VA 23219<br>Telephone: (804) 916-7159<br>Facsimile:  (804) 916-7259<br>charles.seyfarth@leclairryan.com<br><br>Megan S. Ben'Ary, Esq.<br>LeClair Ryan PC<br>2318 Mill Road. Suite 1100<br>Alexandria, VA 22314<br>Telephone: (703) 647-5933<br>Facsimile:  (703) 647-5983<br>megan.benary@leclairryan.com | Cindy Dawn Hanson<br>Kilpatrick Stockton LLP<br>1100 Peachtree St<br>Suite 2800<br>Atlanta, GA 30309<br>Email: chanson@kilpatrickstockton.com<br><br>John Phillip Jett<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St<br>Suite 2800<br>Atlanta, GA 30309-4530<br>Email: jjett@ktslaw.com<br><br>Ross Dallas Andre<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St<br>Suite 2800<br>Atlanta, GA 30309-4530<br>(404) 815-6500<br>Email: randre@ktslaw.com |

_____/s/_____
Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com