

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KELVIN THOMAS,
*on behalf of himself and others similarly situated*,

      Plaintiff,

v.   Civil Action No. 3:13-cv-029

BACKGROUNDCHECKS.COM,
(in its own name and trading as
e-backgroundchecks.com)

      Defendant.

### ORDER

This matter came before the Court on Plaintiff's Consent Motion to Enlarge Page Limitations for Motion for Final Approval of Class Action Settlement. Upon consideration of the motion, and for good cause shown, Plaintiff's motion is hereby GRANTED. Plaintiff shall file a memorandum of law in support of his Motion for Final Approval, not to exceed 45 pages, on or before July 17, 2015.

It is so ORDERED.

                                                            /s/       REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: July 22, 2015
Filed nunc pro tunc July 17, 2015