IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG - 5 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

KELVIN THOMAS, on behalf
of himself and all others
similarly situated,

    Plaintiff,

v.    Civil Action No. 3:13cv29

BACKGROUNDCHECKS.COM
(in its own name and t/a
ebackgroundchecks.com),

    Defendant.

## ORDER

It is hereby ORDERED that the ORDER (Docket No. 113) entered hereon on August 4, 2015 is VACATED.

Having reviewed the original fee application filed by class counsel, having reviewed the PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS (Docket No. 111), and having considered the argument of counsel, and finding that the efforts of class counsel conferred substantial benefit upon the class, and finding that the request for attorneys' fees and costs is reasonable and supported by proof, it is hereby ORDERED that the request for attorneys' fees and costs in

the amount of $5,149,000.00 is approved.  Counsel shall tender a final order that reflects this ruling.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 5, 2015

2